IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PINPOINT INCORPORATED,<br><br>       Plaintiff,<br><br>v.<br><br>ORBITZ, LLC,<br><br>       Defendant. | Case No.<br><br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Pinpoint Incorporated complains of Orbitz, LLC as follows:

## NATURE OF CASE

1. This is a claim for patent infringement that arises under the patent laws of the United States, Title 35 of the United States Code. This Court has original jurisdiction over the subject matter of this claim under 28 U.S.C. §§ 1331 and 1338(a).

## PARTIES

2. Pinpoint Incorporated ("Pinpoint") is a Texas corporation with headquarters at 203 North Wabash Avenue, Suite 1610, Chicago, Illinois 60601. Pinpoint moved its headquarters to Chicago on January 1, 2011.

3. Pinpoint owns and has standing to sue for infringement of United States Patent No. 5,754,938 ("the '938 patent"), entitled "Pseudonymous Server for System for Customized Electronic Identification of Desirable Objects," which issued on May 19, 1998.

4. Pinpoint owns and has standing to sue for infringement of United States Patent No. 7,853,600 B2 ("the '600 patent"), entitled "System and Method for Providing Access to Video Programs and Other Data Using Customer Profiles," which issued on December 14, 2010.

5. Pinpoint owns and has standing to sue for infringement of United States Patent No. 8,056,100 ("the '100 patent"), entitled "System And Method For Providing Access To Data Using Customer Profiles," which issued on November 8, 2011.

6. Pinpoint, originally known as Herz Technologies, is the owner of all right, title and interest in the patent portfolio of the inventor Frederick Herz and his company iReactor. Fred Herz is a named inventor on nearly fifty U.S. and foreign patents and patent applications, including the '938, '600 and '100 patents. Mr. Herz is a pioneer in the field of content personalization and assembled a team of world-renowned computer scientists from the University of Pennsylvania to develop prototype software for his company iReactor. The technology covered by Mr. Herz' inventions anticipated personalization via the Internet, mobile content delivery, electronic billboards and retail kiosks.

7. Orbitz, LLC ("Orbitz") is a Delaware corporation with headquarters at 500 West Madison Street, Suite 1000, Chicago, Illinois, 60606. Orbitz is registered to business in the State of Illinois as Orbitz, LLC. Orbitz was originally a defendant in Case No. 11-cv-5597 (N.D. Ill.) but was dismissed without prejudice pursuant to a Court order (Dkt. No. 77). That same Court order invited the parties in the separate cases to consider coordinating discovery (Dkt. No. 77).

## JURISDICTION AND VENUE

8. Orbitz owns, operates and/or and conducts business through the website www.orbitz.com. Orbitz is doing business in this judicial district, has purposefully availed itself of the privilege of conducting business with residents of this judicial district, has established sufficient minimum contacts with the State of Illinois such that it should reasonably and fairly anticipate being haled into court in Illinois, and has purposefully reached out to residents of Illinois.

9. Venue is proper in this district under 28 U.S.C. §§ 1391(b)-(d) and 1400(b).

**CLAIMS FOR PATENT INFRINGEMENT**

**COUNT I – INFRINGEMENT OF U.S. PATENT NO. 5,754,938**

10. Orbitz owns and operates the website www.orbitz.com and related URLs.

11. Orbitz uses at least one proxy server in connection with its www.orbitz.com website.

12. Orbitz provides accounts for its customers using their email and password.

13. Orbitz creates profiles for its customers including, among other things, what Orbitz calls "My interests," which includes "Activities & Lifestyles" such as "Beach" and "Casinos/Gaming", and which further includes "Destinations" such as "Asia" or "Caribbean."

14. Orbitz uses information it collects on individual customers to provide e-newsletters and personalized offers that suit those individual customers.

15. Orbitz sends emails to its customers including e-newsletters and personalized offers Orbitz selects for those specific customers.

16. Orbitz has infringed and continues to infringe at least claim 1 of the '938 patent within the meaning of 35 U.S.C. § 271(a) through the foregoing activities including, without limitation, by operating the website www.orbitz.com which includes features for creating customer profiles and emailing Orbitz-selected e-newsletters and personalized offers to specific customers.

17. To the extent required by law, Pinpoint has complied with the provisions of 35 U.S.C. § 287 with respect to the '938 patent.

18. The acts of direct infringement of the '938 patent by Orbitz by manufacturing, using, operating and/or conducting business through their respective websites has injured Pinpoint, and Pinpoint is entitled to recover damages adequate to compensate it for such infringement from Orbitz, but in no event less than a reasonable royalty.

**COUNT II – INFRINGEMENT OF U.S. PATENT NO. 7,853,600 B2**

19. Orbitz has infringed and continues to infringe at least claim 29 of the '600 patent within the meaning of 35 U.S.C. § 271(a) through the foregoing activities including, without limitation, by operating the website www.orbitz.com which includes features for creating customer profiles and emailing Orbitz-selected e-newsletters and personalized offers to specific customers.

20. To the extent required by law, Pinpoint has complied with the provisions of 35 U.S.C. § 287 with respect to the '600 patent.

21. The acts of direct infringement of the '600 patent by Orbitz by manufacturing, using, operating and/or conducting business through their respective websites has injured Pinpoint, and Pinpoint is entitled to recover damages adequate to compensate it for such infringement from Orbitz, but in no event less than a reasonable royalty.

**COUNT III – INFRINGEMENT OF U.S. PATENT NO. 8,056,100**

22. Orbitz has infringed and continues to infringe at least claim 36 of the '100 patent within the meaning of 35 U.S.C. § 271(a) through the foregoing activities including, without limitation, by operating the website www.orbitz.com which includes features for creating customer profiles and emailing Orbitz-selected e-newsletters and personalized offers to specific customers.

23. To the extent required by law, Pinpoint has complied with the provisions of 35 U.S.C. § 287 with respect to the '100 patent.

24. The acts of direct infringement of the '100 patent by Orbitz by manufacturing, using, operating and/or conducting business through their respective websites has injured Pinpoint, and Pinpoint is entitled to recover damages adequate to compensate it for such infringement from Orbitz, but in no event less than a reasonable royalty.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Pinpoint respectfully asks this Court to enter judgment against Defendant Orbitz, LLC, and against each of their respective subsidiaries, successors, parents, affiliates, officers, directors, agents, servants, employees, and all persons in active concert or participation with them, granting the following relief:

    a.    The entry of judgment in favor of Pinpoint and against Orbitz;

    b.    An award of damages as to Orbitz adequate to compensate Pinpoint for the infringement that has occurred, but in no event less than a reasonable royalty as permitted by 35 U.S.C. § 284, together with prejudgment interest from the date the infringement began;

    c.    A finding that this case is exceptional and an award to Pinpoint of its reasonable attorneys' fees and costs as provided by 35 U.S.C. § 285; and

    d.    Such other relief that Pinpoint is entitled to under law, and any other and further relief that this Court or a jury may deem just and proper.

**JURY DEMAND**

Pinpoint demands a trial by jury on all issues presented in this Complaint.

Respectfully submitted,

Date: December 12, 2011

/s/ Paul K. Vickrey
Raymond P. Niro
Paul K. Vickrey
Patrick F. Solon
Paul C. Gibbons
David J. Mahalek
Brian E. Haan
Oliver D. Yang
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137

- 6 -

        rniro@nshn.com
        vickey@nshn.com
        solon@nshn.com
        gibbons@nshn.com
        mahalek@nshn.com
        bhaan@nshn.com
        oyang@nshn.com

*Attorneys for Pinpoint Incorporated*